IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-60057-AHS

ZEPHYRIN VICTOR,

    Plaintiff,

vs.

AZ INVEST LLC d/b/a MULTIMO BEDS,

    Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

    Plaintiff, ZEPHYRIN VICTOR ("Plaintiff") hereby notifies the Court that the Plaintiff and Defendant, AZ INVEST LLC d/b/a MULTIMO BEDS ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties"), have reached an agreement in principle that resolves all claims that were or could have been brought in this action and are in the process of working on the Settlement Agreement.

    The Parties request that the Court stay all matters and pending deadlines in this Action and grant the Parties sixty (60) days to finalize their written Settlement Agreement, for certain terms of the Settlement Agreement to be completed, and for the Parties to submit a stipulation of dismissal to the Court regarding dismissal of the Action.

Dated this 12th day of May, 2025.

| | |
|---|---|
| ALEKSANDRA KRAVETS, ESQ., P.A. | DARIUS ASLY, P.A. |
| By: *Aleksandra Kravets* <br> Aleksandra Kravets, Esq. <br> 1100 Buchanan Street <br> Hollywood, Florida 33019 <br> Tel:  347-268-9533 <br> E-mail:  ak@akesqpa.com <br> *Attorney for Plaintiff* | By: *Darius Asly* <br> Darius Asly, Esq. <br> 3500 Flamingo Dr. <br> Miami, Florida 33140 <br> Tel:  305-906-6000 <br> E-mail: dasly@aslylaw.com <br> *Attorney for Defendant* |